IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAYNA STAGGS, | * |
| Plaintiff, | * |
| v. | *   Civil Action No.: 1:21-cv-02535 |
| SMITH & WESSON; LIBERTY MUTUAL INSURANCE ASP/SECURE AMERICA/ALLIED UNIVERAL, | * |
| Defendants. | * |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

COMES NOW the Plaintiff, pro se, and hereby gives Notice that all claims against CLEM C. TRISCHLER are voluntarily dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated October 18, 2021

Respectfully submitted,

Dayna Staggs (pro se)
27710 King William Rd.
West Point, VA 23181
Telephone: (804) 399-1616
daynastaggs74@gmail.com



RECEIVED
OCT 18 2021
Clerk, U.S. District and
Bankruptcy Courts